IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE SEARCH OF : 
INFORMATION THAT IS STORED AT : 
PREMISES CONTROLLED BY GOOGLE : 1:22MJ479
LLC :

## MOTION TO SEAL

NOW COMES the United States of America, by Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, through her assistant, Craig M. Principe, and respectfully moves this Honorable Court, to seal the supplement to this motion and search warrant materials, including the application, affidavit, warrant, and the warrant return in the above-referenced matter. Such sealing is within the inherent power of the court to control papers filed with it. Baltimore Sun Co. v. Goetz, 886 F.2d 60, 64 (4th Cir. 1989). In support whereof, the government shows unto the court the following:

(1) This investigation is a continuing one, with information and data being derived from numerous sources.

(2) Disclosure of the information being utilized during the course of the investigation may hamper the conclusion of the investigation.

(3) The information contained within the affidavit for the search warrant and other related search warrant materials would make patent the sources of information presently available to the investigation.

WHEREFORE, the government respectfully moves that this Honorable Court seal the supplement to this motion and the related search warrant materials until such time as the investigation is concluded.

This the 2nd day of March, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

CRAIG M. PRINCIPE
Assistant United States Attorney
NCSB #44720
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351
E-mail: craig.principe@usdoj.gov

2